938

*Brown,* Attorney General of California, *Frank W. Rich-ards,* Assistant Attorney General, and *Dan Kaufmann,* Deputy Attorney General, for appellee.

No. 675.   PETTY ET AL. *v.* IDAHO.   Appeal from the Supreme Court of Idaho.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a final judgment.   28 U. S. C. § 1257.   *Edward S. Franklin* for appellants.   *Robert E. Smylie,* Attorney General of Idaho, and *William H. Bakes,* Assistant Attorney General, for appellee.

No. 283, Misc.   STARNES *v.* DOWD, WARDEN;

No. 399, Misc.   JERONIS *v.* JACQUES, WARDEN;

No. 407, Misc.   SIMEONE *v.* WARDEN, U. S. PENITENTIARY, LEWISBURG, PA.;

No. 410, Misc.   BALDWIN *v.* HIATT, WARDEN; and

No. 425, Misc.   SCHRADER *v.* RAGEN, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 454.   STONER ET AL. *v.* BELLOWS ET AL.   C. A. 3d Cir.   Certiorari denied.   *Jacob W. Friedman* for petitioners.   *Warren H. Young* for respondents.

No. 482.   ROSICRUCIAN FELLOWSHIP ET AL. *v.* ROSICRUCIAN FELLOWSHIP NON-SECTARIAN CHURCH ET AL.   Supreme Court of California.   Certiorari denied.   *Rollin L. McNitt* and *Edythe Jacobs* for petitioners.   *William L. Murphey* for respondents.